UNITED STATES DISTRICT COURT

EASTTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. CASTANEDA, JR.<br><br>Plaintiff,<br><br>vs.<br><br>COASTAL PACIFIC EXPRESS, INC.; et al.,<br><br>Defendants. | Case No.: 1:19-cv-00096-DAD-SAB<br><br>ORDER RE: STIPULATION OF THE PARTIES TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 3) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the March 18, 2019 Mandatory Scheduling Conference CONTINUED to **June 25, 2019 at 9:00 a.m.** in Courtroom 9 and the parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **March 7, 2019**

UNITED STATES MAGISTRATE JUDGE

1