UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. CASTANEDA, JR.<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COASTAL PACIFIC EXPRESS, INC.; et al.,<br><br>　　Defendants. | Case No.: 1:19-cv-00096-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE RE STATUS OF SERVICE OF DEFENDANT BHUPINDER SINGH DOAD<br><br>TEN DAY DEADLINE |

On March 6, 2019, the parties appearing in this action filed a stipulation to continue the mandatory scheduling conference to allow Raymond J. Castaneda, Jr. ("Plaintiff") to serve Bupinder Singh Doad ("Defendant"). On May 8 2019, an order issued granting the parties stipulation and the mandatory scheduling conference was continued to June 25, 2019. As of this date, no proof of service nor answer has been filed by Defendant.

Accordingly, IT IS HEREBY ORDERED that, within ten days of the date of entry of this order, Plaintiff shall file a notice of the status of service of Defendant Bhupinder Singh Doad. Failure to file such notice in compliance with

this order may result in the imposition of sanctions, up to and including dispositive sanctions.

IT IS SO ORDERED.

Dated: **June 7, 2019**

_____
UNITED STATES MAGISTRATE JUDGE